IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN K. ADAMS, | ) |
| Plaintiff, | ) |
| vs. | ) No. **07-593-GPM** |
| DONALD N. SNYDER, JR., et al., | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, defendant John Evans' Motion for Enlargement of Time **(Doc. 6)** is **GRANTED**.

Defendant John Evans is granted additional time, up to and including **February 13, 2008**, in which to file his responsive pleading.

**IT IS SO ORDERED.**

**DATE: January 30, 2008.**

> **s/ Clifford J. Proud**
> **CLIFFORD J. PROUD**
> **UNITED STATES MAGISTRATE JUDGE**