# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN K. ADAMS )
)
    **Plaintiff,** )
)
vs. ) Civil Case No. 07-593-MJR-PMF
)
DONALD N. SNYDER, JR., et al., )
)
    **Defendants.** )

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

This case has been reviewed for purposes of docket control. This action was filed on August 20, 2007. Returns showing service on the following defendants are not on file:

- Christine Mitchell Brown
- Rosalina Gonzales
- Fred Garcia
- Guy Pierce
- Julius Flagg
- Gary Knope
- Mark Pierson

Rule 4(m) provides that service is to be accomplished within 120 days. Following a showing of good cause, the deadline for service of process was extended for an appropriate period. The extended deadline expired on January 18, 2008. Dismissal without prejudice is appropriate at this time.

IT IS RECOMMENDED that plaintiff's claims against the defendants listed above should be dismissed without prejudice for lack of timely service.

**SUBMITTED:**   <u>March 11, 2009</u>  .

                                                        *s/Philip M. Frazier*
                                                        **PHILIP M. FRAZIER**
                                                        **UNITED STATES MAGISTRATE JUDGE**