IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN K. ADAMS,<br><br>   Plaintiff,<br><br>Vs.<br><br>WEXFORD HEALTH SOURCES, INC.,<br><br>   Defendant. | Case No. 07-cv-0593-MJR |

<u>ORDER REGARDING SETTLEMENT<br>AND IMPENDING DISMISSAL</u>

**REAGAN, District Judge:**

   Having been advised counsel for Defendant (David M. Walter) that the parties have settled the above-captioned action but time is needed to finalize settlement documents, the undersigned District Judge **DIRECTS** the Clerk of Court, 60 days after this Order is docketed, to **ENTER JUDGMENT OF DISMISSAL** with prejudice.  Each party shall bear his or its own costs, unless otherwise provided in the settlement documents.  If the parties fail to finalize the settlement within the 60-day period, they may – <u>before</u> that period expires – move to postpone entry of judgment.  Due to the settlement, the Court **CANCELS** all settings herein, including the March 1, 2010 jury trial.

   **IT IS SO ORDERED.**

   DATED February 18, 2010.

                              s/ Michael J. Reagan
                              **MICHAEL J. REAGAN**
                              **United States District Judge**